UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 26 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHANDHINI RAIDOO, M.D., M.P.H.; BLISS KANESHIRO, M.D., M.P.H., on behalf of themselves and their patients,<br><br>    Plaintiffs-Appellees,<br><br>v.<br><br>LEEVIN TAITANO CAMACHO, in his official capacity as Attorney General of Guam; et al.,<br><br>    Defendants-Appellants. | No. 21-16559<br><br>D.C. No. 1:21-cv-00009 District of Guam, Agana<br><br>ORDER |

The unopposed motion for extension of time to file the answering brief (Docket Entry No. 31) is granted.

The answering brief is due October 19, 2022. The optional reply brief remains due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Susan Hidalgo
Deputy Clerk
Ninth Circuit Rule 27-7

SH/MOATT