# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| SHANDHINI RAIDOO, M.D., M.P.H.; BLISS KANESHIRO, M.D., M.P.H., on behalf of themselves and their patients<br><br>Plaintiffs-Appellees,<br><br>vs.<br><br>LEEVIN TAITANO CAMACHO, *et al.*,<br><br>Defendants-Appellants. | No. 21-16559<br><br>District Court Case No. 21-00009<br>(District Court of Guam)<br><br>**DEFENDANTS-APPELLANTS' MOTION TO SUBSTITUTE PARTIES** |

**COME NOW**, Defendants-Appellants, and move this court for an order under Federal Rule of Appellate Procedure 43(c)(2) for substitution of certain public officers as parties:

On January 2, 2023, Douglas B. Moylan was sworn in as Attorney General of Guam. He is automatically substituted for his predecessor Leevin Taitano Camacho.

Additionally, Joleen Aguon, M.D. is now the Medical Director of Guam Memorial Hospital Authority. The Medical Director is automatically a member of the Guam Board of Medical Examiners, provided he or she meets residency and length-of-practice requirements. *See* 10 GCA § 12203(a)(3). Dr. Aguon is now a

1

member of the Guam Board of Medical Examiners. She is automatically substituted for her predecessor Annie Bordallo, M.D.

Respectfully submitted February 19, 2023 (Pacific Time).

        ATTORNEY GENERAL OF GUAM
        **Douglas B. Moylan**

        */s/ Jordan Lawrence Pauluhn*
        **JORDAN LAWRENCE PAULUHN**
        Assistant Attorney General
        **Office of the Attorney General of Guam**
        Litigation Division
        590 S. Marine Corps Drive, Suite 802
        Tamuning, Guam 96913
        Tel. (671) 475-3324 Fax. (671) 472-2493
        civillitigation@oagguam.org

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-volume limitations of Fed. R. App. P. 27(d)(2)(A). This motion contains 113 words, excluding the parts of the motion excluded by Fed. R. App. P. 27(d)(2) and 32(f).

                                     * /s/ Jordan Lawrence Pauluhn*
                                     **JORDAN LAWRENCE PAULUHN**

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2023 (Pacific Time), I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. All participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Jordan Lawrence Pauluhn*
**JORDAN LAWRENCE PAULUHN**