UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

AUG 08 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHANDHINI RAIDOO, M.D., M.P.H. and BLISS KANESHIRO, M.D., M.P.H., on behalf of themselves and their patients,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>DOUGLAS B. MOYLAN, in his official capacity as Attorney General of Guam; et al.,<br><br>Defendants - Appellants. | No. 21-16559<br><br>D.C. No. 1:21-cv-00009<br>U.S. District Court of Guam<br><br>**ORDER** |

At the direction of the Court, costs are hereby taxed against appellees.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT